Samuel S. Strauss, Appellant, v. Robert Alexander, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. '

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title to Certain Lands, etc., as a Site for a New Court House, etc. John P. Suerken and Another, Composing the Firm, etc., Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The Gutta Percha and Rubber Manufacturing Company, Appellant, v. Charles J. Holman, as Treasurer of the National Board of Fire Underwriters, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

William Lynch, an Infant, etc., Respondent, v. Central Brewing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Harry Schaefer, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Salvatore Puma, Appellant, v. Southern Pacific Company, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Jacob Kirschman, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Frank M. Andrews and Another, Trading as, etc., Respondents, v. Kent Building Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin, J., dissented.

William H. King, Appellant, v. Nathaniel D. Chapin, Respondent. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.